IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

v.

CHASE HOME FINANCE LLC,

    Defendant.

No. C 09-02409 WHA

**NOTICE RE DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

On July 1, 2009, defendant filed a motion to dismiss plaintiff's complaint. The motion was noticed for a August 27 hearing. Plaintiff's response was due on August 6, 2009, but a response has not been received. Ordinarily, the Court would grant the motion, but the Court will provide the *pro se* plaintiff with more time. Plaintiff's response is now due by **AUGUST 24, 2009 AT NOON**. Plaintiff's continued failure to respond will likely result in dismissal. Defendant may file a reply by **AUGUST 31, 2009 AT NOON**. The hearing set for August 27, 2009 is hereby **VACATED**. There will be no hearing on the motion unless the Court finds it necessary after reviewing the briefing.

**IT IS SO ORDERED.**

Dated: August 7, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE