IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

  v.

CHASE HOME FINANCE LLC,

    Defendant.

                                          /

No. C 09-02409 WHA

**ORDER DISMISSING CASE**

       The Court is in receipt of plaintiff's request to withdraw his complaint. In accordance with plaintiff's request, this action is hereby **DISMISSED**. Defendant's motion to dismiss is now moot. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: August 19, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE